# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| TIMMY EARL ADAMS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) 2:05-CV-935-JHH-PWG |
| | ) |
| GEORGE ROWELL, et. al., | ) |
| | ) |

## **MEMORANDUM OF OPINION**

The magistrate judge filed a report and recommendation on November 2, 2005, recommending that all claims against all defendants in this action filed pursuant to 42 U.S.C. § 1983 be DISMISSED for failing to state a claim upon which relief can be granted pursuant to 28 U.S.C. § 1915A(b)(1) and/or (2), with the exception of the claims against Warden Bullard and Commissioner Donal Campbell. The magistrate judge further recommended that the claims against defendants Bullard and Campbell be REFERRED to him for further proceedings. No objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, all claims against all defendants in this action filed pursuant to 42 U.S.C. § 1983 are due to be DISMISSED for failing to state a claim upon which relief can be granted pursuant to 28 U.S.C. § 1915A(b)(1) and/or (2), with the exception of the claims against Warden Bullard and Commissioner Donal Campbell. The claims against defendants

Bullard and Campbell are due to be REFERRED to the magistrate judge for further proceedings.

An appropriate order will be entered.

**DONE** this the   11th   day of January, 2006.

_____
SENIOR UNITED STATES DISTRICT JUDGE